CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/3/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
    DEPUTY CLERK

6:21CR9

Pg. 1

Mr. Norman K. Moon,    3-1-22

What is wrong with you? I have constantly asked you to remove that loser of a lawyer Benjamin M. Schiffelbein off my case & your simple minded ass insist on keeping that fool on my case which only shows out of every judge I've been in front of you the only one that lacks integrity in their character & before you became a federal judge you most likely was a lawyer of some kind. How many cases did you win? Did you even cared if you was the best or not? By my observation of your appearance I can tell your over weight meaning you love to eat which only shows you lack self control in different parts of your life. The last letter I wrote your shallow, overweight simple ass I put my 3rd party custodian in the letter & your simple ass could've verified that yourself but most likely you was stuffing your face with food. Your word was that you would release me to a 3rd party custodian but if the fool you got on my case to represent me don't work on it to notify you of my 3rd party custodian then what good is he? I truly believe if I was a white man pale as a ghost you would've been at least replaced that fool you have representing me & If you had any integrity in your character at all you would've at

least contacted my 3rd party custodians yourself to verify what I've been trying to tell you! Push the plate of food aside & do something pro-active & just to help somebody! Norman are you gay? Is Benjamin sucking your dick? Is that the reason you will not replace him? What would it hurt to give me a bond so I can get my legal representation straight as all the other Judges done which pride themselves on doing right & not making excuses to kiss the prosecution's ass! I'm the truth & you know it & it would just destroy your simple way of thinking if I can & have honestly hired attorneys that would make sure you do right by me! You not at least contacting my 3rd party custodian only proves what I say is correct & I will have my 3rd party custodian contact you since you're so unjust & stuck on stupid to realize I am telling you the truth! All I ask you is to verify my 3rd party custodian yourself! Why do I need a Loser such as Benjamin to that Norman when you're the fucking judge? I am asking you to immediately bring me back in front of you to verify my 3rd party custodian yourself then you can satisfy yourself & U.S. Magistrate Robert S. Ballou & release me! I've already done paid 36,500 in state bonds alone & How just is it to hold me & make up lies not verify my 3rd party custodian your

self. 
If you would spend more time to judge its really make a true just & honorable pro-active difference I wouldn't have to even write you & even give you a sure way to know for yourself that my 3rd party custodian is willing & absolutely able to be my 3rd party custodian. As soon as you recieve this letter bring me back in front of you & I am not agreeing to no more Video Zoom hearings for anything unless you verify my 3rd party custodian (yourself) & that way that simple bitch working the video can't put me on mute. A injustice any where is a injustice every where. You hide behind lies & to worried about what some one going say about you for actual judging justly. Instead of stuffing your fat face you should step back & take a look at your own appearence. & See the type of characte

you destroy. Good character is to judge a person by their character. Trust is to be earned! Loyalty is to be proven & love is to be shown! That is true in every type of social society & all ways of life. You want to justify why you holding me & every other judge has released me & any other judge would at least look into my home plan their selves since you also gave your word you would release me to a 3rd party custodian. I hope you're not a fag & the reason you have not replaced him is because he sucking your dick or vice versa. I got a 3rd party custodian you can contact yourself & by past that fool that is prolonging my release by not turning my home plan in to you! I hope you will put the plate of food down & take time to verify my home plan & 3rd party custodian yourself!

Sincerely Michael Cuby

